IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00561 |
| Plaintiff, | |
| -vs- | JUDGE DAVID A. RUIZ |
| ANTOINE BENTLEY, | **ORDER** |
| Defendant. | |

This matter was before the Court on January 7, 2025, for a final hearing and sentencing in connection with the Government's request for revocation of Defendant Antoine Bentley's supervised release. The Defendant was present and represented by counsel. An initial appearance on alleged Supervised Release Violations was held by Magistrate Judge Jonathan D. Greenberg on December 18, 2024, at which time Defendant Antoine Bentley, represented by counsel, executed a waiver of preliminary hearing and a waiver of detention hearing. The Magistrate Judge issued a report and recommendation, R. 644, finding that Defendant knowingly and voluntarily admitted to two violations of his supervised release conditions. The violations are described as follows:

(1) Violation of Special Condition #1: Substance Abuse Treatment and Testing.

(2) Violation of Standard Condition #5: You must live at a place approved by the Probation Officer.

No party filed an objection to the Report and Recommendation. As explained on the record during the sentencing hearing on Defendant's supervised release violations, the undersigned considered the parties' positions, the record before the Court, and the Report and Recommendation. Finding no plain error, the Court adopted the Report and Recommendation in its entirety.

In addition, during the sentencing hearing the Court explained its consideration of the pertinent statutory factors set forth in 18 U.S.C. section 3583(e), (e)(3), (g), in connection with Defendant's supervised release violations. For the reasons set forth during the hearing, the Court sentenced Defendant to four months custody of Bureau of Prisons for such violations, followed by 24 months of supervised release with all previously imposed conditions of supervised release remaining in effect, and with the additional condition of defendant taking prescribed mental health medications.

IT IS SO ORDERED.

Date: January 17, 2025

/s/ *David A. Ruiz*
David A. Ruiz
United States District Judge