IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-cr-00561 |
| Plaintiff, | |
| -vs- | JUDGE DAVID A. RUIZ |
| ANTOINE BENTLEY, | **ORDER** |
| Defendant. | |

This matter was before the Court on September 3, 2025, for a final hearing and sentencing in connection with the Government's request for revocation of Defendant Antoine Bentley's supervised release. The Defendant was present and represented by counsel. An initial appearance on alleged Supervised Release Violations was held by Magistrate Judge James Grimes on August 11, 2025, at which time Defendant Antoine Bentley, represented by counsel, executed a waiver of preliminary hearing and a waiver of detention hearing. The Magistrate Judge issued a report and recommendation, R. 695, finding that Defendant knowingly and voluntarily admitted to five violations of his supervised release conditions. The violations are described as follows:

(1) Violation #1: Unknown Whereabouts;

(2) Violation #2: Failure to Submit to Random Drug Testing;

(3) Violation #3: Unauthorized Use of Drugs;

(4) Violation #4: Failure to Comply with Treatment; and

(5) Violation #5: New Law Violation.

*See, e.g.*, R. 689 (Superseding Violation Report).

No party filed an objection to the Report and Recommendation. As explained on the record during the sentencing hearing on Defendant's supervised release violations, the undersigned considered the parties' positions, the record before the Court, and the Report and Recommendation. Finding no plain error, the Court adopted the Report and Recommendation in its entirety.

In addition, during the sentencing hearing the Court explained its consideration of the pertinent statutory factors set forth in 18 U.S.C. section 3583(e), (e)(3), (g), in connection with Defendant's supervised release violations. For the reasons set forth during the hearing, the Court sentenced Defendant to six months custody of Bureau of Prisons for such violations, with credit for time served following his arrest on the Arrest Warrant issued on the Supervised Release Violation Petition (R. 688), as determined by the Bureau of Prisons. The Court decline to order an additional period of supervised release following release from the sentence imposed. Defendant advised of appeal rights. Defendant remanded to the custody of the U.S. Marshal Service to begin his sentence.

IT IS SO ORDERED.

Date: September 16, 2025

/s/ *David A. Ruiz*
David A. Ruiz
United States District Judge